United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-10275-mdc
Conrad Jay Albrecht                                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: May 14, 2020
                             Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
```
db              +Conrad Jay Albrecht, III,   1053 E. Neils Lane,   West Chester, PA 19382-7178
14474001        +Christopher R. Momjian,   Senior Deputy Attorney General,   Office of Attorney General,
                  The Phoenix Building,   1600 Arch Street, Suite 300,   Philadelphia, PA 19103-2016
14474639        +Commonwealth of PA,   Dept. of Revenue,   c/o Christopher R. Momian,   The Phoenix Bldg.,
                  1600 Arch St., Ste. 300,   Phila., PA 19103-2016
14467406         JPMorgan Chase Bank, N.A.,   c/o Karina Velter, Esq.,   Manley Deas Kochalski LLC,
                  P.O. Box 165028,   Columbus, OH 43216-5028
14478458        +U.S. Bank Trust National Association, et al,   c/o NewRez LLC d/b/a Shellpoint Mortgage,
                  P.O. Box 10826,   Greenville, SC 29603-0826
14498415        +U.S. Bank Trust National, as Trustee of CVI LCF Mo,   C/O KML Law Group,
                  701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14452750        +US Bank National Association,   4801 Frederica Street,   Owensboro, KY 42301-7441
14452751        +Valerie Albrecht,   1053 E. Neils Lane,   West Chester, PA 19382-7178
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov May 15 2020 03:18:48     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2020 03:18:44     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr               E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2020 03:18:34
                  Commonwealth of Pennsylvania Department of Revenue,   Bureau of Compliance,   Dept. 280946,
                  Harrisburg, PA  17128-0946
14476934         E-mail/Text: Bankruptcy.RI@Citizensbank.com May 15 2020 03:18:24     Citizens Bank N.A.,
                  One Citizens Bank Way Mailstop: JCA115,   Johnston, RI 02919
14452746        +E-mail/Text: Bankruptcy.RI@Citizensbank.com May 15 2020 03:18:24     Citizens Bank,
                  1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
14452747        +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 15 2020 03:18:27     Internal Revenue Service,
                  Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
14452748         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 15 2020 03:19:51     Jpmcb Auto,
                  P.o. Box 901003,   Fort Worth, TX 76101
14469923         E-mail/Text: bk.notifications@jpmchase.com May 15 2020 03:18:30     JPMorgan Chase Bank, N.A.,
                  National Bankruptcy Department,   P.O. Box 29505 AZ1-5757,   Phoenix AZ 85038-9505
14473071         E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 03:19:54     LVNV Funding, LLC,
                  Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14452749        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2020 03:18:33
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA 17128-0946
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +U.S. Bank Trust National Association, et al,   c/o NewRez LLC d/b/a Shellpoint Mortgage,
                  P.O. Box 10826,   Greenville, SC 29603-0826
14466523*       +Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                  Harrisburg, PA 17128-0946
                                                                                           TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2            User: Randi                 Page 2 of 2                  Date Rcvd: May 14, 2020
                                Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
```
              CHRISTOPHER R. MOMJIAN    on behalf of Creditor    Commonwealth of Pennsylvania Department of
               Revenue crmomjian@attorneygeneral.gov
              DAVID H. LANG    on behalf of Debtor Conrad Jay Albrecht, III langlawoffice@gmail.com
              KARINA   VELTER    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. amps@manleydeas.com
              MICHAEL J. SHAVEL    on behalf of Creditor    U.S. Bank Trust National Association, et al
               mshavel@hillwallack.com,    skenny@hillwallack.com;lharkins@hillwallack.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National, as Trustee of CVI LCF
               Mortgage Loan Trust I bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                 TOTAL: 8
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| CONRAD JAY ALBRECHT, III | |
| Debtor | Bankruptcy No. 20-10275-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

May 14, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID H LANG
LAW OFFICES OF DAVID H LANG
203 N MONROE ST
MEDIA, PA 19063-

Debtor:
CONRAD JAY ALBRECHT, III

1053 E. NEILS LANE

WEST CHESTER, PA 19382-